IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ALEXANDER, | : | |
| Petitioner, | : | 1:14-cv-2302 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN DAVID EBBERT, | : | |
| Respondent. | : | |

## ORDER

**April 7, 2015**

**NOW, THEREFORE,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

2. All other pending motions are **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

          s/ John E. Jones III
          John E. Jones III
          United States District Judge